UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY SOLOMON,<br><br>   Plaintiff,<br><br>   v.<br><br>JONATHAN SHELDON,<br><br>   Defendant. | 1:18-cv-01571-JDP<br><br>ORDER TRANSFERRING CASE TO THE SACRAMENTO DIVISION OF THE EASTERN DISTRICT OF CALIFORNIA |

Plaintiff, a state prisoner proceeding without counsel, has filed a civil rights action under 42 U.S.C. § 1983, together with a request to proceed *in forma pauperis* under 28 U.S.C. § 1915.

In his complaint, plaintiff alleges violations of his civil rights by defendants. The alleged violations took place in Shasta County, which is part of the Sacramento Division of the U.S. District Court for the Eastern District of California. Therefore, the complaint should have been filed in the Sacramento Division.

Pursuant to Local Rule 120(f), a civil action which has not been commenced in the proper court may, on the court's own motion, be transferred to the proper court. Therefore, this action will be transferred to the Sacramento Division. We will not rule on plaintiff's request to proceed *in forma pauperis*.

Good cause appearing, IT IS HEREBY ORDERED that:

1. This action is transferred to the U.S. District Court for the Eastern District of California

1

sitting in Sacramento; and

2. All future filings shall refer to the new Sacramento case number assigned and shall be filed at:

> United States District Court
> Eastern District of California
> 501 "I" Street, Suite 4-200
> Sacramento, CA 95814

3. This court has not ruled on plaintiff's request to proceed *in forma pauperis*.

IT IS SO ORDERED.

Dated: November 20, 2018

_____
UNITED STATES MAGISTRATE JUDGE